*Richard A. Brown, District Attorney*, Kew Gardens (*Antara D. Kanth* of counsel), for respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. The lower courts' determinations on the suppression motion, which involve mixed questions of law and fact, have support in the record and, thus, are beyond our further review.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.

(September 1, 2016 through September 30, 2016)

| | | |
|---|---|---|
| Ivies, Matter of, v Kron | App Div, 2d Dept: 2016 NY Slip Op 75813(U) | 9/21/16 |
| Suzanne QQ., Matter of, v Ben RR. | 3d Dept: 138 AD3d 1210 | 9/21/16 |

(September 1, 2016 through September 30, 2016)

| | | |
|---|---|---|
| People v Abdallah | 2d Dept: 140 AD3d 975 (Kings) | denied 9/12/16 (Stein, J.) |
| People v Abdul-Hakim | 2d Dept: 141 AD3d 535 (Kings) | denied 9/22/16 (Garcia, J.) |
| People v Acevedo | 1st Dept: 140 AD3d 494 (NY) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Allen | 4th Dept: 140 AD3d 1674 (Monroe) | denied 9/13/16 (Garcia, J.) |
| People v Alvarado | 2d Dept: 139 AD3d 1077 (Westchester) | denied 9/7/16 (Stein, J.) |
| People v Andujar | App Term, 1st Dept: 52 Misc 3d 57 (NY) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Angel R.R. | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 84 (Suffolk) | denied 9/8/16 (Stein, J.) |
| People v Aragon | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 136(A) (Queens) | denied 9/20/16 (Garcia, J.) |
| People v Arps | 1st Dept: 140 AD3d 455 (NY) | denied 9/23/16 (Garcia, J.) |